circumstances, affect the result compelled by the record and briefs. There is no basis therefore for the assumption that the failure of the defendant's attorney on the argument to challenge plaintiff's contention was given the effect of a concession. Concur — Botein, P. J., Breitel, Rabin and McNally, JJ.

■ MARION DI SABATO v. ROBERT SOFFES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of the Estate of HARRY PASIALIS, Deceased. PAUL ANAYANNIS, Public Administrator.— Motion to dismiss appeal on the ground that the order appealed from is not appealable, denied without prejudice to a renewal thereof upon the argument or submission of the appeal. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ MARLEENE MATIAS v. NEW YORK CITY HOUSING AUTHORITY.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ MARLEENE MATIAS v. NEW YORK CITY HOUSING AUTHORITY.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points on the attorney for the respondent, and file 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of THOMAS J. BARRETT against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion for leave to appeal as a poor person from the order dismissing him as a member of the Police Department, denied, with leave, however, to renew the motion upon a proper affidavit of merits. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of THOMAS J. BARRETT against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion for leave to appeal as a poor person from the order fining him 30 days' pay and placing him on probation for one year, denied, with leave, however, to renew the motion upon a proper affidavit of merits. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ PENN-TEXAS CORPORATION v. MURAT ANSTALT et al.— Motion granted and the stay contained in the order to show cause, dated May 31, 1960, is continued pending the hearing and determination of the appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ SEYMOUR LEVINE et al. v. CITY OF PORT JERVIS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 22, 1960, with notice of argument for October 4, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.